IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | CASE NO.: 5:20-MJ-056-BQ (ECF) |
| EMMANUEL QUINONES | § | |

## WAIVER OF PRELIMINARY EXAMINATION AND WAIVER OF DETENTION HEARING

I, **EMMANUEL QUINONES**, do hereby declare I have been arrested and taken before the Honorable D. Gordon Bryant, Jr., United States Magistrate Judge, for my Initial Appearance.

I was informed of my right to a Preliminary Examination by the Magistrate Judge. I do hereby waive a Preliminary Examination. I agree the Court may make a finding of Probable Cause based solely on the charging document. I understand and agree the Order will find there is probable cause to believe I committed the offense(s) of Interstate Threatening Communications, in violation 18 U.S.C. § 875(c). I understand and agree as a result of such finding I will be bound over to answer such charges in the United States District Court.

The Government made a Motion for Pre-Trial Detention. I was informed of my right to a Detention Hearing by the Magistrate Judge. I do hereby Waive a Detention Hearing. I agree the Court may enter an Order of Detention based solely on the charging document filed herein and the grounds stated in the Government's Motion.

This Waiver was made with advice of Counsel.

DATED: 06/04/2020

_____
EMMANUEL QUINONES
Defendant

Respectfully submitted,

**JASON D. HAWKINS**
**Federal Public Defender**
**Northern District of Texas**

BY: _____
Sarah Gunter
Assistant Federal Public Defender
Bar No. 24035471
Federal Public Defender's Office
1205 Texas Avenue, Room 507
Lubbock, Texas 79401
Telephone: (806) 472-7236
Fax: (806) 472-7241
E-mail: sarah_gunter@fd.org

Attorney for Defendant
**EMMANUEL QUINONES**

## CERTIFICATE OF SERVICE

I, Sarah Gunter, certify that on the 4th day of June, 2020, the foregoing was filed through the Electronic Case Filing ("ECF") System pursuant to Local Criminal Rule 49.2(f). Pursuant to Rule 9 of Miscellaneous Order No. 61 and Local Criminal Rule 49.2(e), this constitutes service of this document to the United States Attorney for the Northern District of Texas, who is an ECF user.

_____
Sarah Gunter
Assistant Federal Public Defender