AO 442 (Rev. 11/11) Arrest Warrant

CLERK US DISTRICT COURT
NORTHERN DIST OF TX
FILED

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

2020 JUN 10 PM 2:28

DEPUTY CLERK _____

| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) |
| | ) **5 -20MJ-0056** |
| Emmanuel Quinones | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Emmanuel Quinones ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about May 28, 2020, in the Lubbock Division of the Northern District of Texas, and elsewhere, Emmanuel Quinones, defendant, did knowingly and willfully transmit in interstate and foreign commerce a Facebook post containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

Date:  6/2/20

_____
*Issuing officer's signature*

City and state:   Lubbock, Texas

D. Gordon Bryant, Jr., U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/2/2020, and the person was arrested on *(date)* 6/01/2020
at *(city and state)* Lubbock, TX.

Date: 6/2/2020

_____
*Arresting officer's signature* Pennington, Busby

Laura Pennington, for FBI
*Printed name and title*