IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

**FILED**
June 10, 2020
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

EMMANUEL QUINONES

No. 5-20CR0061-H

## INDICTMENT

The Grand Jury Charges:

### Count One
Controlled Substances User or Addict in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(3), 924(a)(2))

From on or about a date unknown to the grand jury and continuing to on or about May 30, 2020, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Emmanuel Quinones**, defendant, knowing he was an unlawful user of, and addicted to, marijuana, a Schedule I controlled substance, did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit: a Smith and Wesson, Model M&P 15, .223 caliber, semi-automatic rifle, serial number TH85241.

In violation of Title 18, United States Code, Sections 922(g)(3), 924(a)(2).

Emmanuel Quinones
Indictment – Page 1

## Count Two
### Controlled Substances User or Addict in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(3), 924(a)(2))

From on or about a date unknown to the grand jury and continuing to on or about June 1, 2020, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Emmanuel Quinones**, defendant, knowing he was an unlawful user of, and addicted to, marijuana, a Schedule I controlled substance, did knowingly possess in and affecting interstate and foreign commerce a firearm, to wit: a Taurus, Model 24/7 G2, .40 Smith and Wesson caliber, semi-automatic pistol, serial number SHN04743.

In violation of Title 18, United States Code, Sections 922(g)(3), 924(a)(2).

## Count Three
### Interstate Threatening Communications
(Violation of 18 U.S.C. § 875(c))

On or about May 28, 2020, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Emmanuel Quinones**, defendant, did knowingly and willfully transmit in interstate and foreign commerce a Facebook post containing a threat to injure the person of another, that is, defendant threatened to obtain firearms to "off racists and MAGA people."

In violation of Title 18, United States Code, Section 875(c).

<u>Count Four</u>
Interstate Threatening Communications
(Violation of 18 U.S.C. § 875(c))

On or about May 30, 2020, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Emmanuel Quinones**, defendant, did knowingly and willfully transmit in interstate and foreign commerce an Instagram post containing a threat to injure the person of another, that is, defendant stated: "Agitators WILL BE SHOT."

In violation of Title 18, United States Code, Section 875(c).

Forfeiture Notice
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of any offense alleged in this indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Emmanuel Quinones** shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following: a Smith and Wesson, Model M&P 15, .223 caliber, semi-automatic rifle, serial number TH85241, and a Taurus, Model 24/7 G2, .40 Smith and Wesson caliber, semi-automatic pistol, serial number SHN04743.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7559
Facsimile:    806-472-7394
E-mail:         jeffrey.haag@usdoj.gov

Emmanuel Quinones
Indictment – Page 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

UNITED STATES OF AMERICA

v.

EMMANUEL QUINONES

INDICTMENT

| | |
|---|---|
| COUNTS 1-2: | CONTROLLED SUBSTANCES USER OR ADDICT IN POSSESSION OF A FIREARM<br>Title 18, United States Code, Sections 922(g)(3), 924(a)(2). |
| COUNTS 3-4: | INTERSTATE THREATENING COMMUNICATIONS<br>Title 18, United States Code, Section 875(c). |

A true bill rendered:

Lubbock _____ _____ Foreperson

Filed in open court this ___10th___ day of ___June___, A.D. 2020.
DEFENDANT IN FEDERAL CUSTODY
Complaint #5:20-MJ-056 filed 06/02/20

_____
UNITED STATES MAGISTRATE JUDGE