IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | |
| § | | |
| v. § | 5:20-CR-0061-H-BQ | |
| § | (ECF) | |
| EMMANUEL QUINONES § | | |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL SETTING AND BRIEF IN SUPPORT

The defendant, **EMMANUEL QUINONES**, by his counsel, Sarah Gunter, files this Unopposed Motion to continue the trial setting and Brief in Support and would respectfully show the Court as follows:

#### Facts in Support of Motion:

1. Mr. Quinones has been charged with the offenses of Controlled Substances User or Addict in Possession of a Firearm and Interstate Threatening Communications in an Indictment filed June 10, 2020.

2. Mr. Quinones was arraigned on this Indictment on June 17, 2020. This case is currently scheduled for trial on August 3, 2020. The deadline for filing pretrial motions is July 6, 2020.

3. Discovery has been provided to the defense. However, Attorney for Defendant needs additional time to fully review the discovery with Mr. Quinones and to confer with him regarding this case. Attorney for Defendant also needs additional time to determine if an independent investigation is required for this case. More time is needed to work on this case and confer with Mr. Quinones so that his decisions regarding this case may be fully informed and so that he receives effective assistance of counsel.

4. Due to the COVID-19 pandemic and the restrictions placed on visitations with clients by the Federal Public Defender, the process of reviewing discovery with clients is more complicated

than in normal times. Attorney for Defendant believes it is of utmost importance to ensure that Mr. Quinones has had enough time to review and discuss his discovery with his attorney and to have any questions answered regarding his case.

5. Counsel for Mr. Quinones requests a continuance of sixty (60) days from the current trial setting, to afford her the opportunity to exercise due diligence in the defense of this case. For the same reasons, the defense also requests a sixty (60) day continuance of the deadline to file pretrial motions.

### Brief in Support of Continuance:

1. In order to adequately represent Mr. Quinones and his interests against the government, Defendant's counsel needs additional time to review and discuss this case with Mr. Quinones, as well as to determine whether an independent investigation of this case is required.

2. The Government, through its representation, Assistant U.S. Attorney Jeff Haag, agrees to a sixty (60) day continuance of the trial setting. Accordingly, the Defendant files this motion for continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (2018). Under this statute, at the request of the defendant or his counsel, the Court can grant a motion for continuance if the ends of justice will be served by continuing the case and the continuance outweighs the best interest of the public and the defendant in a speedy trial.

3. Accordingly, counsel asserts that the ends of justice would be best served by continuing this case to allow counsel sufficient time to complete the necessary, independent investigation in this case.

### Prayer:

WHEREFORE, PREMISES CONSIDERED, Defendant, Emmanuel Quinones, respectfully requests that the court continue this case for sixty (60) days from its current trial setting and that the Court also continue the deadline to file pretrial motions for sixty (60) days from the current deadline.

Respectfully submitted,

JASON A HAWKINS
Federal Public Defender
Northern District of Texas

  /s/ Sarah Gunter
SARAH GUNTER
Assistant Federal Public Defender
Texas Bar No. 24035471
1205 Texas Avenue, Room 507
Lubbock, Texas  79401
Phone (806) 472-7236
E-mail sarah_gunter@fd.org
**Attorney for Emmanuel Quinones**

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Defendant has conferred with AUSA Jeff Haag regarding this Motion for Continuance, and he does not oppose the requested relief.

  /s/ Sarah Gunter
SARAH GUNTER

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2020, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to Assistant U.S. Attorney Jeff Haag, the attorney of record in this case, who has consented in accept this Notice as service of this document by electronic means.

  /s/ Sarah Gunter
SARAH GUNTER