UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EMMANUEL QUINONES,<br><br>    Defendant. | No. 5:20-CR-061-H |

### ORDER

Before the Court is the parties' Joint Motion to Conduct Guilty Plea via Video Teleconference. Dkt. No. 22. For the reasons stated in the Joint Motion, the motion is granted. Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court refers this matter to the Honorable Magistrate Judge D. Gordon Bryant to conduct the rearraignment hearing and to provide a Report and Recommendation.

So ordered on September 3, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE