**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
Lubbock Division



| | |
|---|---|
| HONORABLE: D. GORDON BRYANT, JR. | PRESIDING   2020 SEP 11 AM 11: 02 |
| DEPUTY CLERK: YLEHNERT | COURT REPORTER/TAPE NUMBER: MECHELLE DANIEL |
| LAW CLERK: N/A | USPO: RASURA |
| INTERPRETER: N/A | Date: Sep 11, 2020 |

Cr. No. 5:20-CR-061-H-BQ    DEFT. No. 1

UNITED STATES OF AMERICA
V.
EMMANUEL QUINONES
Defendant's Name

§
§
§
§

JEFFREY R. HAAG, AUSA

SARAH GUNTER (F)
Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## ~~ARRAIGNMENT~~/REARRAIGNMENT

Time in Court: 35 mins   (9:06-9:41 am)

Trial Status:
- ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
- ☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
- ☐ Mistrial  ☐ Settled/Guilty  ☒ None

Days in Trial: _____

Hearing Concluded: ☒ Yes  ☐ No

- ☒ Defendant SWORN.
- ☐ Arraignment   ☒ Rearraignment - Held on count(s) 3
- of the 4   count(s) ☒ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Complaint
- ☐ Superseding Information
- ☐ Sentencing Guidelines
- ☒ Deft enters a plea of   ☐ Not Guilty  ☒ Guilty  ☐ Nolo
- ☐ Waiver of Jury Trial
- ☐ Waiver of Indictment filed
- ☒ Plea Agreement accepted  ☐ Court defers acceptance of Plea Agreement
- ☒ Plea Agreement filed (see agreement for details)  ☐ No Plea Agreement
- ☐ Plea Agreement included with Factual Resume.
- ☒ Factual Resume filed.
- ☐ Sentencing set  Date: ____  Time: ____
- ☐ Trial set for  Date: ____  Time: ____
- Pretrial motions due: ____   Discovery motions/Government Responses due: ____
- ☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.
- ☐ PSI waiver filed.  PSI due: ____   Pre-sentence Referral Form to: ____
- ☐ Deft Bond  ☐ Set  ☐ reduced to $____   ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR
- ☐ Deft failed to appear, bench warrant to issue.
- ☐ Bond  ☐ continued  ☐ forfeited
- ☒ Deft Custody/Detention continued.
- ☒ Deft REMANDED to custody.

OTHER PROCEEDINGS: All parties consented to proceed via Video Teleconferencing. MJ recommends Guilty Plea be Accepted; Order of Recommendation to be Entered; 14 days to Object; Court notes Sentencing Agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C)