IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMMANUEL QUINONES | NO.  5:20-CR-061-H |

## NOTICE OF PUBLICATION

Pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), I certify that the government posted notice of this forfeiture action on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on November 25, 2020, as shown by the Advertisement Certification Report attached as Exhibit A.

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

*/s/ Jeffrey R. Haag*
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7559
Facsimile:  806-472-7394
E-mail:     jeffrey.haag@usdoj.gov